# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

SUSAN J. SADLER,

      Plaintiff,

v.                            Case No: 2:17-cv-91-FtM-99CM

EQUIFAX INFORMATION
SERVICES, INC.,

      Defendant.

_____

# ORDER

This matter comes before the Court upon review of Plaintiff's Unopposed Motion to Seal Pursuant to Protective Order (Doc. 26) filed on February 2, 2018. Plaintiff seeks to file under seal the unredacted Exhibits 1 and 2 to her Motion for Summary Judgment pursuant to the parties' confidentiality agreement. Doc. 26 at 1. Plaintiff argues the exhibits contain Defendant's confidential proprietary information and her credit profile. *Id.* at 2. Defendant does not oppose the requested relief. *Id.* at 4.

Pursuant to Local Rule 1.09(a),

[u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall

not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Plaintiff has sufficiently identified and described the documents proposed for sealing and sufficiently explained that filing the documents under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Unopposed Motion to Seal Pursuant to Protective Order (Doc. 26) is **GRANTED**. Plaintiff shall have up to and including **February 9, 2018** to file under seal the unredacted Exhibits 1 and 2 to her Motion for Summary Judgment.

**DONE** and **ORDERED** in Fort Myers, Florida on this 5th day of February, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record